## IN THE COUNTY COURT OF WASHINGTON COUNTY MISSISSIPPI

Eric Wade + Yvette Toy
**Plaintiff**

**vs.**

Greenville, Police Department          Action No. 2023-0180 CO
**Defendant**

## COMPLAINT

1. The plaintiff's name, address, and telephone number are:

   Name: Eric Wade + Yvette Toy 662-580-6878, 662 522-2705

   Address: 1430 Irby Street

   City, State, & Zip: Greenville, MS 38701

   Telephone Number: 662-580-6878, 662 522-2705

2. The defendant(s)' name, address, and telephone number are:

   Name: Marcus Turner

   Address: 216 Main St

   City, State, & Zip: Greenville, MS 38701

   Telephone Number: 662 378-1515

3. The defendant (s) is indebted to the plaintiff in the amount of: $ 2.5 million dollars

4. The basis for plaintiff's claim against the defendant (s) is: (state why you claim the defendant (s) owes
   you money and/or other items that you are seeking.   Attach additional sheet(s) and copies of documents,
   if necessary.)

   I Eric Wade, and Yvette Toy are Suing
   the Greenville police department for
   misconduct, assault and battery, and false charges
   and violating our rights on Sept 14, 2022.

5. The demand from Defendant(s) plus court costs is: _____

**Received & Filed**

MAY 0 2 2023

Barbara Esters-Parker

By: _____ D.C.

Signature: Eric Wade Yvette Toy

Print name: Eric Wade Yvette Toy



# Incident Report #22049236



**GREENVILLE POLICE DEPARTMENT**
216 MAIN STREET
GREENVILLE, MS 38701
ORI-MS0760100
PHONE# 662-378-1515
FAX# 662-378-9513

## Event Info

| Date Reported | Time Reported | Time Dispatched | Time Arrived | Time Completed |
|---|---|---|---|---|
| 09/14/2022 | 17:42 | 17:47 | 17:47 | 18:18 |

| Addr. of Occ. | City | Zipcode | Date Occ. Range | Time Occ. Range |
|---|---|---|---|---|
| 1430 IRBY ST | GREENVILLE | 38701 | 09/14/2022 - 09/14/2022 | 17:15 - 17:35 |

| District | Grid | Shift | How Reported | Dispatch Disposition |
|---|---|---|---|---|
| DISTRICT 2 | ZONE 23 | B | PHONE | OPN |

## Classification  Completed

| Class | Subclass |
|---|---|
| ASSAULT | Simple Assault |

## Arrested Person

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Arrestee | JUNG, JARVIS | 687 METCALFE RD | GREENVILLE | MS | 38703 |

| Sex | Race | EO | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| M | BLACK | UNKNOWN | 511 | 175 | BLK | BRO |

### Charges

| Charge Code | Charge Description | Charge Dispo |
|---|---|---|
| 97-3-7(1)(a)(i) | SIMPLE ASSAULT - CAUSING BODILY INJURY | PENDING |

## Suspect

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Suspect | JUNG, JARVIS | 687 METCALFE RD | GREENVILLE | MS | 38703 |

| Sex | Race | EO | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| M | BLACK | UNKNOWN | 511 | 175 | BLK | BRO |

## Victim

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Victim | TOY, YVETTE | 1232 W. COTTON DR. | GREENVILLE | MS | 38701 |

| Sex | Race | EO | Hair | Eyes |
|---|---|---|---|---|
| F | BLACK | NON-HISPANIC | BLK | BRO |

## Victim

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Victim | WADE, ERIC | 1430 IRBY STREET | GREENVILLE | MS | 38701 |

| Sex | Race | EO | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| M | BLACK | NON-HISPANIC | 508 | 170 | BLK | BRO |

## Narrative

| Written By | Date Written |
|---|---|
| BURDEN, JAY | 09/14/2022 |

On Wednesday, September 14, 2022, at approximately 1747 hours, Officer J. Burden was dispatched to 1430 Irby

St. in reference to assisting Officer Jung and Sgt. Surf. Once on scene, Sgt. Surf and Officer Jung were speaking with Mr. Eric Wade and Ms. Yvette Toy. Sgt. Surf advised Mr. Wade and Ms. Toy that the vehicle parked in front of 1431 Ibry St. was not blocking the roadway. As officers were walking out to clear the call, a gray in color vehicle pulled up on the scene. Mr. Jarvis Jung jumped out of the vehicle and was heading toward Mr. Wade in a fighting motion. Mr. Wade took off running from Mr. Jung to avoid the fight. Mr. Jung chased up behind Mr. Wade and grabbed him by his t-shirt. While Mr. Jung was holding Mr. Wade, Mr. Jung struck Mr. Wade several times before Officer Burden separated them.

While Mr. Jung was detained, Mr. Jung honked up some spit and spit in Ms. Toy's face. At that time Officer Burden placed Mr. Jung in the back of his patrol car due to both Mr. Wade and Ms. Toy wishing to pursue charges. At this time there is no further information given.

## Supplemental Narrative

| Written By | Date Written |
|---|---|
| BURDEN, JAY | 09/14/2022 |

On 09-14-2022 Wednesday at 1747 hours, I Sergeant Chris Surf responded to 1430 Irby requested by Officer S. Jung in reference to an irate subject. Ofc. Jung stated it was the same man that she has had prior issues with. Sgt. Surf was familiar with Eric Wade. Wade has a history of being very irate, not listening, over talking, and not comprehending simple facts. Wade has had issues with all his surrounding neighbors of him complaining and attempting to control the positions of the garbage cans and where people park on the city street. Wade displays many mental instabilities of outward anger and verbal language outbursts. Today Wade was complaining of a truck connected to a utility trailer parked on the opposite side of the street across from his residence. Wade was informed the truck and trailer were parked correctly. Actually the two vehicles were off in the grass to further position the vehicles off the roadway. The vehicles belonged to the landlord of Ofc. Jung where Ofc. Jung resides directly across the street from 1430 Irby. Wade was even more irate when he was informed of no crime was committed. Wade has a long history of verbal threatening abuse towards Ofc. Jung who has a pending current threatening charge against Wade.

A vehicle pulled up where Ofc. Jung's brother Jarvis Jung and their mother exited the vehicle. Jarvis attacked Wade and hit him with his hands. Ofc. J. Burden took control of him. Jarvis spit on Wade's wife Yvette Toy while Ofc. Burden was holding him back. Wade grabbed a long wooden stick and was going towards to attack Jarvis. Ofc Jung and Sgt. Surf stopped that action by pulling their tasers out. Sgt. Surf yelled taser taser taser three times to warn Wade to drop the stick, put you're hands behind you're back and to get on the ground. Wade complied and was handcuffed. He was separated and detained to the rear seat of Ofc. Jung's unit. Ofc. Burden had handcuffed Jarvis and detained him in his unit. Sgt. Surf had handcuffed and detained Ofc. Jung's mother and put her in his unit to separate so all parties could cool down. Jarvis was arrested for assault on hitting Wade and for spitting on Wade's wife Yvette Toy. Ofc. Jung's mother was released. Wade and Toy came to GPD to sign charges. Yvette Toy had an outstanding warrant for domestic abuse and was arrested.

## Supplemental Narrative

| Written By | Date Written |
|---|---|
| JUNG, SHARDAE | 09/14/2022 |

On Wednesday September 14, 2022 at approximately 1747 hours I, Officer Jung was dispatched to 1430 Irby Street in reference to a neighbor problem. Once on scene Mr. Eric Wade was stating that I needed to tell my landlord at 1431 Irby Street that he can not park on the opposite side of the roadway from his residence. I stated to Mr. Wade that my landlord hasn't broke any laws. Mr. Wade became very irate and started threatening to bust out windows. I called for more units and Sgt. Surf and Ofc. Burden arrived on scene. Sgt. Surf advised Mr. Wade that Mr. McIntire (landlord) had not broken any laws. Mr. Wade didn't want to listen to Sgt. Surf and was talking loudly. Sgt. Surf and myself started walking towards our vehicles to leave the scene and my mom Ms. Monica Norman and my brother Mr. Jarvis Jung pulled up on scene. Jarvis and Mr. Wade got into a physical altercation. Monica and Ms. Toy was having a verbal altercation. Sgt. Surf placed Monica in handcuffs and placed her in the back of his vehicle until she calmed down. Monica was released and Jarvis was taken into custody. Myself and Mr.

Wade has a previous history of incidents. I am pursuing charges against Mr. Wade for a previous incident. Mr. Wade has been altercations with multiple of our neighbors and has a history of being highly intoxicated. At this time there is no further information given.

## Case Management

| Initial Investigator | Report Status | Approved By | Date Approved |
|---|---|---|---|
| BURDEN, JAY | Approved | GALLOWAY, GARY | 09/14/2022 22:39 |