STATE OF MISSISSIPPI, COUNTY OF WASHINGTON

I, Barbara Esters-Parker, Clerk of the Circuit Court in and for said County and State hereby certify that the foregoing contains a whole, true and correct copy of 2023-0180 CO Wade vs City of GVL as the same appears on file in my office, at Greenville, Mississippi.

Witness my hand and official Seal,

this the ___23rd___ day of ___May___ A.D., ___2023___

Barbara Esters-Parker
Clerk of the Circuit Court of Washington County, Mississippi

By____C. Parker____ D.C.

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts
Form AOC/01 (Rev 2020)

Court Identification Docket #: 76 1 CO
County #: 76   Judicial District: 1   Court ID (CH, CI, CO): CO
Case Year: 2023
Docket Number: 0180
Local Docket ID: ___

Month: 05  Date: 02  Year: 23
*This area to be completed by clerk*
Case Number if filed prior to 1/1/94: ___

In the _____ Court of _____ County _____ Judicial District

**Origin of Suit** (Place an "X" in one box only)
- [ ] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual:
Last Name: Wade
First Name: Eric
Maiden Name, if applicable: ___
M.I.: ___
Jr/Sr/III/IV: ___

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

Business: _____
___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

Address of Plaintiff: _____

Attorney (Name & Address): _____   MS Bar No. ___
___ Check (x) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _____

**Received & Filed**
MAY 02 2023
Barbara Esters-Parker
By: _____ D.C.

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual:
Last Name: ___
First Name: ___
Maiden Name, if applicable: ___
M.I.: ___
Jr/Sr/III/IV: ___

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business: Greenville Police Dept

___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

Attorney (Name & Address) - If Known: _____   MS Bar No. ___

___ Check (x) If child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| Child Custody/Visitation | Accounting (Business) | Adoption - Contested | Adverse Possession |
| Child Support | Business Dissolution | Adoption - Uncontested | Ejectment |
| Contempt | Debt Collection | Consent to Abortion | Eminent Domain |
| Divorce: Fault | Employment | Minor Removal of Minority | Eviction |
| Divorce: Irreconcilable Diff. | Foreign Judgment | Other | Judicial Foreclosure |
| Domestic Abuse | Garnishment | **Civil Rights** | Lien Assertion |
| Emancipation | Replevin | Elections | Partition |
| Modification | Other | Expungement | Tax Sale: Confirm/Cancel |
| Paternity | **Probate** | Habeas Corpus | Title Boundary or Easement |
| Property Division | Accounting (Probate) | Post Conviction Relief/Prisoner | Other |
| Separate Maintenance | Birth Certificate Correction | Other | **Torts** |
| Term. of Parental Rights-Chancery | Mental Health Commitment | **Contract** | Bad Faith |
| UIFSA (eff 7/1/97; formerly URESA) | Conservatorship | Breach of Contract | Fraud |
| Other | Guardianship | Installment Contract | Intentional Tort |
| **Appeals** | Joint Conservatorship & Guardianship | Insurance | Loss of Consortium |
| Administrative Agency | Heirship | Specific Performance | Malpractice - Legal |
| County Court | Intestate Estate | Other | Malpractice - Medical |
| Hardship Petition (Driver License) | Minor's Settlement | **Statutes/Rules** | Mass Tort |
| Justice Court | Muniment of Title | Bond Validation | [x] Negligence - General |
| MS Dept Employment Security | Name Change | Civil Forfeiture | Negligence - Motor Vehicle |
| Municipal Court | Testate Estate | Declaratory Judgment | Premises Liability |
| Other | Will Contest | Injunction or Restraining Order | Product Liability |
| | Alcohol/Drug Commitment (Involuntary) | Other | Subrogation |
| | | Alcohol/Drug Commitment (voluntary) | Wrongful Death |
| | | Other | Other |

JUDGE VERNITA KING JOHNSON
WASHINGTON COUNTY COURT

# PRO SE LITIGANT INFORMATION SHEET

(Please Print)

NAME: Eric Wade, Yvette Toy

ADDRESS: 1430 Irby Street

SSN: (LAST 4 DIGITS ONLY) 8221

CONTACT PHONE: 662 580-6878   CELL: 662 522-2705

EMAIL ADDRESS: _____

ALTERNATE CONTACT PHONE: _____

PLACE OF EMPLYMENT: _____

WORK TELEPHONE: _____

I certify that the above information is correct and I understand that I am responsible for notifying the clerk's office in writing at Post Office Box 1276, Greenville, MS 38702 of any changes in address and/or cell phone. I also understand if my court notice is returned due to an address change and I failed to provide same to the clerks/court, my case will be dismissed.

SIGNATURE: Eric Wade   DATE: _____

CC: Clerk's Office

Received & Filed
MAY 0 2 2023
Barbara Esters-Parker
By: _____ D.C.

11/03/2017  13:27  washington co youth court           (FAX)16623342796      P.002/002

# IN THE COUNTY COURT OF WASHINGTON COUNTY, MISSISSIPPI

**Eric Wade / Yvette Toy**      PLAINTIFF(S)

VERSUS

**G'ville Police Dept**      CAUSE NO: **2023-0180 CO**

DEFENDANT(S)

I, **Eric Wade / Yvette Toy**, have been advised by the Court of the following police and philosophy of Judge Vernita King Johnson with regard to Pro Se Litigants (i.e. self-representation):

1) I have the right to represent myself pursuant to Miss Const. Art III Section 25.

2) The court strongly urged me to secure an attorney and further advised a continuance will not be granted on the day of trial for me to secure an attorney.

3) I am expected to follow and adhere to the rules of evidence, law, and procedure. I am also to respect the courtroom decorum. The Court will not relax or disregard the rules of evidence, procedure, or courtroom protocol.

4) The role of the court (i.e. Judge) is not to act as my legal advisor or counsel. **THE COURT CANNOT AND WILL NOT GIVE LEGAL ADVICE.**

5) I understand that I am responsible for notifying the Clerk's office in writing at Post Office Box 1276, Greenville, MS 38702 of any change in address and/or cell phone. **I understand if my court notice is returned due to an address change and I did not provide to the clerks/court, my case will be dismissed.**

6) All litigants, with or without counsel, will be treated fairly and respectfully.

After having read the above admonitions, policies, and philosophy of the Court, I, _____, hereby acknowledge that I understand and still wish to proceed as a **pro se litigant** (i.e. represent myself) and waive any and all rights to secure counsel, but may do so prior to my trial date.

_____  
PRO SE LITIGANT      DATE

# IN THE COUNTY COURT OF WASHINGTON COUNTY MISSISSIPPI

Eric Wade + Yvette Toy
**Plaintiff**

vs.                                                Action No. 2023-0180 CO

Greenville Police Department
**Defendant**

## COMPLAINT

1. The plaintiff's name, address, and telephone number are:

   Name: Eric Wade + Yvette Toy 662-380-6878, 662-522-2705

   Address: 1430 Irby Street

   City, State, & Zip: Greenville, MS 38701

   Telephone Number: 662-580-6878, 662 522-2705

2. The defendant(s)' name, address, and telephone number are:

   Name: Marcus Turner

   Address: 216 Main St

   City, State, & Zip: Greenville, MS 38701

   Telephone Number: 662 378-1515

3. The defendant (s) is indebted to the plaintiff in the amount of: $ 2.5 million dollars

4. The basis for plaintiff's claim against the defendant (s) is: (state why you claim the defendant (s) owes you money and/or other items that you are seeking. Attach additional sheet(s) and copies of documents, if necessary.)

   I Eric Wade and Yvette Toy are suing the Greenville police department for misconduct, assault and battery, and false charges and violating our rights on Sept 18, 2022.

5. The demand from Defendant(s) plus court costs is: _____

Received & Filed
MAY 02 2023
Barbara Esters-Parker
By: _____ D.C.

Signature: Eric Wade / Yvette Toy
Print name: Eric Wade / Yvette Toy

# Incident Report #22049236



**GREENVILLE POLICE DEPARTMENT**
216 MAIN STREET
GREENVILLE, MS 38701
ORI-MS0760100
PHONE# 662-378-1515
FAX# 662-378-9513

## Event Info

| Date Reported | Time Reported | Time Dispatched | Time Arrived | Time Completed |
|---|---|---|---|---|
| 09/14/2022 | 17:42 | 17:47 | 17:47 | 18:18 |

| Addr. of Occ. | City | Zipcode | Date Occ. Range | Time Occ. Range |
|---|---|---|---|---|
| 1430 IRBY ST | GREENVILLE | 38701 | 09/14/2022 - 09/14/2022 | 17:15 - 17:35 |

| District | Grid | Shift | How Reported | Dispatch Disposition |
|---|---|---|---|---|
| DISTRICT 2 | ZONE 23 | B | PHONE | OPN |

## Classification  Completed

| Class | Subclass |
|---|---|
| ASSAULT | Simple Assault |

## Arrested Person

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Arrestee | JUNG, JARVIS | 687 METCALFE RD | GREENVILLE | MS | 38703 |

| Sex | Race | EO | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| M | BLACK | UNKNOWN | 511 | 175 | BLK | BRO |

## Charges

| Charge Code | Charge Description | Charge Dispo |
|---|---|---|
| 97-3-7(1)(a)(i) | SIMPLE ASSAULT - CAUSING BODILY INJURY | PENDING |

## Suspect

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Suspect | JUNG, JARVIS | 687 METCALFE RD | GREENVILLE | MS | 38703 |

| Sex | Race | EO | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| M | BLACK | UNKNOWN | 511 | 175 | BLK | BRO |

## Victim

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Victim | TOY, YVETTE | 1232 W. COTTON DR. | GREENVILLE | MS | 38701 |

| Sex | Race | EO | Hair | Eyes |
|---|---|---|---|---|
| F | BLACK | NON-HISPANIC | BLK | BRO |

## Victim

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Victim | WADE, ERIC | 1430 IRBY STREET | GREENVILLE | MS | 38701 |

| Sex | Race | EO | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| M | BLACK | NON-HISPANIC | 508 | 170 | BLK | BRO |

## Narrative

| Written By | Date Written |
|---|---|
| BURDEN, JAY | 09/14/2022 |

On Wednesday, September 14, 2022, at approximately 1747 hours, Officer J. Burden was dispatched to 1430 Ibry

St. in reference to assisting Officer Jung and Sgt. Surf. Once on scene, Sgt. Surf and Officer Jung were speaking with Mr. Eric Wade and Ms. Yvette Toy. Sgt. Surf advised Mr. Wade and Ms. Toy that the vehicle parked in front of 1431 Ibry St. was not blocking the roadway. As officers were walking off to clear the call, a gray in color vehicle pulled up on the scene. Mr. Jarvis Jung jumped out of the vehicle and was heading toward Mr. Wade in a fighting motion. Mr. Wade took off running from Mr. Jung to avoid the fight. Mr. Jung chased up behind Mr. Wade and grabbed him by his t-shirt. While Mr. Jung was holding Mr. Wade, Mr. Jung struck Mr. Wade several times before Officer Burden separated them.

While Mr. Jung was detained, Mr. Jung honked up some spit and spit in Ms. Toy's face. At that time Officer Burden placed Mr. Jung in the back of his patrol car due to both Mr. Wade and Ms. Toy wishing to pursue charges. At this time there is no further information given.

## Supplemental Narrative

| Written By | Date Written |
|---|---|
| BURDEN, JAY | 09/14/2022 |

On 09-14-2022 Wednesday at 1747 hours, I Sergeant Chris Surf responded to 1430 Irby requested by Officer S. Jung in reference to an irate subject. Ofc. Jung stated it was the same man that she has had prior issues with. Sgt. Surf was familiar with Eric Wade. Wade has a history of being very irate, not listening, over talking, and not comprehending simple facts. Wade has had issues with all his surrounding neighbors of him complaining and attempting to control the positions of the garbage cans and where people park on the city street. Wade displays many mental instabilities of outward anger and verbal language outbursts. Today Wade was complaining of a truck connected to a utility trailer parked on the opposite side of the street across from his residence. Wade was informed the truck and trailer were parked correctly. Actually the two vehicles were off in the grass to further position the vehicles off the roadway. The vehicles belonged to the landlord of Ofc. Jung where Ofc. Jung resides directly across the street from 1430 Irby. Wade was even more irate when he was informed of no crime was committed. Wade has a long history of verbal threatening abuse towards Ofc. Jung who has a pending current threatening charge against Wade.

A vehicle pulled up where Ofc. Jung's brother Jarvis Jung and their mother exited the vehicle. Jarvis attacked Wade and hit him with his hands. Ofc. J. Burden took control of him. Jarvis spit on Wade's wife Yvette Toy while Ofc. Burden was holding him back. Wade grabbed a long wooden stick and was going towards to attack Jarvis. Ofc. Jung and Sgt. Surf stopped that action by pulling their tasers out. Sgt. Surf yelled taser taser taser three times to warn Wade to drop the stick, put you're hands behind you're back and to get on the ground. Wade complied and was handcuffed. He was separated and detained to the rear seat of Ofc. Jung's unit. Ofc. Burden had handcuffed Jarvis and detained him in his unit. Sgt. Surf had handcuffed and detained Ofc. Jung's mother and put her in his unit to separate so all parties could cool down. Jarvis was arrested for assault on hitting Wade and for spitting on Wade's wife Yvette Toy. Ofc. Jung's mother was released. Wade and Toy came to GPD to sign charges. Yvette Toy had an outstanding warrant for domestic abuse and was arrested.

## Supplemental Narrative

| Written By | Date Written |
|---|---|
| JUNG, SHARDAE | 09/14/2022 |

On Wednesday September 14, 2022 at approximately 1747 hours I, Officer Jung was dispatched to 1430 Irby Street in reference to a neighbor problem. Once on scene Mr. Eric Wade was stating that I needed to tell my landlord at 1431 Irby Street that he can not park on the opposite side of the roadway from his residence. I stated to Mr. Wade that my landlord hasn't broke any laws. Mr. Wade became very irate and started threatening to bust out windows. I called for more units and Sgt. Surf and Ofc. Burden arrived on scene. Sgt. Surf advised Mr. Wade that Mr. McIntire (landlord) had not broken any laws. Mr. Wade didn't want to listen to Sgt. Surf and was talking loudly. Sgt. Surf and myself started walking towards our vehicles to leave the scene and my mom Ms. Monica Norman and my brother Mr. Jarvis Jung pulled up on scene. Jarvis and Mr. Wade got into a physical altercation. Monica and Ms. Toy was having a verbal altercation. Sgt. Surf placed Monica in handcuffs and placed her in the back of his vehicle until she calmed down. Monica was released and Jarvis was taken into custody. Myself and Mr.

Wade has a previous history of incidents. I am pursuing charges against Mr. Wade for a previous incident. Mr. Wade has been altercations with multiple of our neighbors and has a history of being highly intoxicated. At this time there is no further information given.

## Case Management

| Initial Investigator | Report Status | Approved By | Date Approved |
|---|---|---|---|
| BURDEN, JAY | Approved | GALLOWAY, GARY | 09/14/2022 22:39 |

≠ 50/70

31

IN THE COUNTY COURT OF WASHINGTON COUNTY, MISSISSIPPI

Eric Wade + Yvette Toy       **PLAINTIFF**

VS.                          CAUSE NO. 2023-0180 CO

G'ville Police Dept.         **DEFENDANT**

SUMMONS

TO THE SHERRIF OR PROCESS SERVER:
YOU ARE COMMANDED TO SERVE:

Marcus Turner
216 Main Street
Greenville, MS

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

UNLESS YOU DISPUTE THE VAILIDITY OF THE COMPLAINT WITHIN THIRTY (30) DAYS FROM THE RECIEPT OF THIS NOTICE THE COMPLAINT WILL BE PRESUMED TO BE VALID.

You are required to mail or hand-deliver a copy of the written response to the Complaint to _Washington Co. Circuit Clerk office_. Your response must
(your name and address)
be delivered within thirty (30) days from the date of delivery of the Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of the response with the Clerk of this Court within a reasonable time afterword.

Issued under my hand and seal of said Court this _2nd_ day of _May_, 2019.

Barbara Esters Parker, Circuit Clerk
CIRCUIT COURT OF WASHINGTON
PO BOX 1276
GREENVILLE, MS 38702-1276

By: _____ D.C.

5·17·2023  12:13 pm

**Received & Filed**

MAY 22 2023

Barbara Esters-Parker

By: _____ D.C.

Return _____ unserved

Marcus Turner

A. Johnson (secretary)
while Mr. Turner was on the phone.

copy of this writ

Issued Date: 5/17/23  Time: 12:13 p.m.
Returned Date: _____  Time: _____

This, the 17th day of MAY, 2023

Milton Gaston, Sr. SHERIFF
Washington County, MS

By: S. Blasken  Deputy Sheriff

|  | FEE BILL, CIRCUIT COURT | Receipt No. | 331096 |
|---|---|---|---|
| STATE OF MISSISSIPPI | MISCELLANEOUS | AR Account | 0 |
| WASHINGTON COUNTY | | | |
| CAUSE NO. 2023-0180 CO | | | |

For: ERIC WADE VS. CITY OF GREENVILLE

| COPIES-CIVIL | ............... | $19.50 |
|---|---|---|
| Receipt Total.................................................................... | | $19.50 |

| How Paid: | | Payment Received From: | PHELPS DUNBAR, LLC | |
|---|---|---|---|---|
| Cash Amount: | $0.00 | this the  23  day of  May  A.D., 2023 Dollars | | $19.50 |
| Check Amount: | $19.50  #:  422 | | | |
| Other Amount: | $0.00 | | | |
| By:  clakes | | D.C. | Barbara Esters-Parker, Circuit Clerk | |