IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ERIC WADE AND YVETTE TOY                                                                    PLAINTIFFS

v.                                                            CIVIL ACTION NO. 4:23-cv-00111-SA-JMV

CITY OF GREENVILLE POLICE DEPARTMENT                                                    DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on June 16, 2023. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 21st day of June, 2023.

                                                  /s/ Sharion Aycock
                                                UNITED STATES DISTRICT JUDGE